Form B 250A

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re  BJ Services, LLC, *et al.* , | Case No. No-33627 (MI) |
| Debtors. | Chapter 11 |
| GACP FINANCE CO., LLC. | |
| Plaintiff, | |
| v. | Adv. Proc. No. 22-03102 (MI) |
| All American Brake and Spring LLC and John Does 1-10, | |
| Defendants. | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   United States Bankruptcy Court
Southern District of Texas
515 Rusk Street, Suite 5300
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:   James P. Muenker, Esq.
Noah M. Schottenstein, Esq.
**DLA Piper LLP (US)**
1000 Louisiana Street, Suite 2800
Houston, Texas 77002
Telephone:     (713) 425-8400
Facsimile:      (713) 425-8401
Email:  james.muenker@us.dlapiper.com
           noah.schottenstein@us.dlapiper.com

-and-

EAST\189717348.2

        Stuart M. Brown, Esq.
        Aaron S. Applebaum, Esq.
        **DLA Piper LLP (US)**
        1201 North Market Street, Suite 2100
        Wilmington, Delaware 19801
        Telephone:    (302) 468-5700
        Facsimile:    (302) 394-2341
        Email: stuart.brown@us.dlapiper.com
               aaron.applebaum@us.dlapiper.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: March 31, 2022

 s/ H. Lerma
*Signature of Clerk or Deputy Clerk*

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐     Mail service: Certified, first-class United States mail, postage fully pre-paid, return receipt requested addressed to:

☐     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____        Signature _____

                Print Name :           _____

                Business Address:     _____

                                                   _____